**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **KHALID NAJIMI,**<br><br>  **Plaintiff,**<br><br>**v.**<br><br>**RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,**<br><br>  **Defendants.** | **CASE NO.**<br>FILED: APRIL 8, 2008<br>08CV2000    PH<br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

**COMPLAINT FOR MANDAMUS**

Plaintiff KHALID NAJIMI, by and through his undersigned attorney, for his Complaint for Mandamus against Defendants, RUTH A. DOROCHOFF, District Director of the Chicago Office for the U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, alleges as follows:

**Nature of the Case and Parties**

1. This is a civil action to compel the Chicago District Director of the Office for Citizenship and Immigration Services to adjudicate Plaintiff's Form I-751 Petition to Remove Conditions on Residence ("Petition") that was filed on March 21, 2005.  (*See* **Exhibit A-**

**1**). Plaintiff KHALID NAJIMI was born in Morocco on January 23, 1974.  Mr. Najimi currently resides at 5210 N. Reserve Avenue in Chicago, Illinois.

2.  Mr. Najimi (A 78 852 005) has been a conditional resident of the United States since April 23, 2003 based on his marriage to a U.S. citizen.  (*See* **Exhibit A-2**).  Mr. Najimi married his former spouse, a U.S. citizen, on May 12, 2001 and based on that relationship, Mr. Najimi's I-485 Application for Adjustment of Status was approved.  Mr. Najimi received conditional resident status because he had been less than two years at the time of approval of the I-485.  The marriage was later dissolved on January 6, 2005, nearly two years after he received his conditional resident status.  Mr. Najimi filed his I-751 Petition to remove the conditions on his residence on March 21, 2005 and requested a waiver of the joint petition requirement because although the marriage ended in divorce, the marriage was entered in good faith.

3.  Defendants are the District Director of the Chicago Office for Citizenship and Immigration Services (the "Service"), the Secretary of the Department of Homeland Security, and the Director of the Federal Bureau of Investigation.  They are being sued in their official capacity.

## Jurisdiction and Venue

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1361, and 2201 *et seq.*, and 5 U.S.C. § 701 *et seq.*

5.  Venue is proper in this District pursuant to 28 U.S.C. §1391(e) because the events and omissions giving rise to this matter occurred in this District and because Plaintiff resides in this District.

**Statement of the Case**

6.  On March 21, 2005, Mr. Najimi filed his I-751 Petition to remove the conditions on his residence and requested a waiver of the joint petition requirement because although the marriage upon which his conditional residence was based ended in divorce, the marriage was entered in good faith.  The Petition was filed with the USCIS Nebraska Service Center.  Mr. Najimi filed his Petition with supporting documentation to show that the marriage to his former spouse was bona fide as defined by immigration law and regulations (i.e., entered in good faith and entered with the intent to share a if together).  The Service had previously deemed the marriage as bona fide when his I-130 Petition for Alien Relative was previously approved and his I-485 Application was approved on April 23, 2003.

7.  Mr. Najimi's case was transferred from the Nebraska Service Center to the Chicago District Office of USCIS for his interview.  On October 12, 2005, Mr. Najimi attended the interview for his I-751 Petition with counsel and presented additional evidence of the bona fide marriage to the interviewing officer, Officer Archangel.  (*See* **Exhibit A-3**).  The officer informed Mr. Najimi that his permanent file was not available for the interview and that Mr. Najimi would have to be advised of the decision by mail.  It has been two and one half years since the interview and to date the Service has yet to render a decision.

8.  Since the interview, Mr. Najimi has not received additional information indicating that the Service is any closer to adjudicating his case.  Mr. Najimi has filed numerous inquiries through his attorneys and the Office of the Honorable Jan Schakowsky to determine the status of the Petition.  (*See* **Exhibits B-1 to B-6**).

9. After waiting six months from the date of the interview, Mr. Najimi's attorneys filed an inquiry with the Service on April 7, 2006.  (*See* **Exhibit B-1**).  The Service's response indicated that Mr. Najimi's "case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bonafides of the documented evidence" he submitted in support of the Petition.  (*See* **Exhibit B-1**).

10. Mr. Najimi's counsel filed another inquiry on July 21, 2006, over one year since his Petition was filed.  (*See* **Exhibit B-2**).  The Service responded to the inquiry, and indicated that Mr. Najimi case is "under further review by the adjudicating officer." (*See* **Exhibit B-2**).

11. In January 2007, six months after the second inquiry, Mr. Najimi's attorneys filed a third inquiry with the Service.  (*See* **Exhibit B-3**).  Again, the Service's response indicated that the case is under further review.

12. Also in January 2007, Mr. Najimi requested the assistance of the Office of Congresswoman Jan Schakowsky to file an inquiry with the Service on his behalf.  (*See* **Exhibit B-4**).  To this inquiry, the Service again responded that the case is under further review by the adjudicating officers to investigate the bona fide nature of the marriage.

13. Mr. Najimi's attorneys continued their inquiries nine months later with a fourth inquiry, dated September 4, 2007.  (*See* **Exhibit B-5**).  The Service indicated that the case "is under further review."

14. Most recently, Mr. Najimi's attorneys filed their fifth inquiry, in February 2008, nearly three years since the Service received his Petition.  (*See* **Exhibit B-6**).  Again, the Service indicated that the case is under further review and additional time was needed, however it would be impossible to predict the length of time before a decision could be issued.  The

Service noted, "Every effort is being made to render an accurate and final decision in a timely manner." (*See* **Exhibit B-6**).

15. As the above shows, Plaintiff have filed inquiries and maintained correspondence with the Service to adjudicate the Petition. Plaintiff has also requested the assistance of Congresswoman Schakowsky's office. Mr. Najimi filed the Petition more than three years from the date of this filing, in March 2005, and it has not been adjudicated.

16. On information and belief, the normal period prescribed by Defendants to adjudicate a Form I-751 Petition to Remove Conditions on Residence is one year, nine months. (*See* **Exhibit C**). To date, over three years have passed since the Service received Mr. Najimi's Petition and a decision has not been made. This case has been delayed for a length of time that is almost double the prescribed adjudication time. Two and a half years have passed since Mr. Najimi attended his interview in October 2005. It appears that his previous marriage has been under perpetual investigation with no end in sight.

17. Mr. Najimi's marriage to his former spouse was deemed bona fide by the Service when his I-130 Petition was approved and his I-485 Application was approved on April 23, 2003. Mr. Najimi filed documentation of his bona fide marriage in support of his I-751 Petition in March 2005, and provided additional documentation at the interview in October 2005. He has submitted enough evidence for the Service to render a decision. Plaintiff is unaware of any evidence that the Service has, which may be used to determine their marriage was fraudulent. If the Service has determined that more evidence is needed, it is within the Service's power and ability to request additional documentation from Plaintiff.

18. Based on the Service's responses to Plaintiff's inquiries, Mr. Najimi's Petition has been under investigation with the Service for over three years. Although the Petition has been pending for over three years, Plaintiff has not received a decision and has not received any indication that the Service requires additional documentation or evidence.

## Claim for Relief

19. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on the Petition and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

20. Defendants willfully and unreasonably have delayed in, and have refused to adjudicate the Petition, thereby, depriving Plaintiff of his rights under 5 U.S.C. § 555(b) to the adjudication of the Petition in a reasonable time.

21. Defendants owe Plaintiff the duty to act on the Petition within a reasonable time and have unreasonably failed to perform that duty.

22. Plaintiff has made multiple status inquiries in an attempt to secure adjudication of the Petition.

23. Plaintiff has exhausted any administrative remedies that may exist, and has not caused or contributed to the Service's delay in adjudicating the Petition.

## **Prayer for Relief**

**WHEREFORE** Plaintiff prays that this Court:

A.  Accept jurisdiction and maintain continuing jurisdiction of this Action.

B.  Compel Defendant Service to adjudicate Plaintiff's Petition within sixty (60) days.

C.  Grant such other and further relief as this Court deems proper under the circumstances.


Dated:   April 8, 2008                          s/ Robert C. Milla
                                                Robert C. Milla

                                                KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                                332 S. Michigan Avenue, Suite 1428
                                                Chicago, IL 60604
                                                No. 26650
                                                (312) 341-9730
                                                Attorneys for Plaintiff

**KHALID NAJIMI**

## **EXHIBITS:**

**Exhibits A-1 to A-3**    Copy of Form I-797C Notice of Action reflecting the receipt date of March 21, 200 for Mr. Najimi's Form I-751 Petition.  Copy of Plaintiff's permanent resident card.  Copy of interview appointment notice for Plaintiff's Petition, scheduled for October 12, 2005.

**Exhibits B-1 to B-6**    Copies of correspondence and inquiries regarding Plaintiff's Petition between Plaintiff's counsel and Defendants, and Congresswoman Jan Schakowsky's office and the Defendants.

**Exhibit C**    Copy of Processing Times for the USCIS Nebraska Service Center posted March 15, 2008.

Department of Homeland Security
U.S. Citizenship and Immigration Services
I-797C, Notice of Action

| NOTICE OF ACTION | RECEIPT NUMBER LIN-05-172-00132 | NOTICE DATE March 21, 2005 | PAGE 1 of 1 |
|---|---|---|---|
| CASE TYPE I751 Application to remove conditional residential status | | RECEIPT DATE March 21, 2005 | |
| PETITIONER KHALID NAJIMI | | FILE NUMBER A 78852005 | |
| BENEFICIARY | | FILE NUMBER | |

| | |
|---|---|
| K. NAJIMI<br>Donald B. Kempster Esq.<br>332 S MICHIGAN AVE SUITE 1428<br>CHICAGO        IL 60604 | Receipt Notice<br><br>RECEIVED      $200.00 IN THE FORM OF<br>PERSONAL CHECK    AND |

*********** The above receipt number MUST accompany all inquiries! **********

 RECEIVED    $200.00 IN THE FORM OF PERSONAL CHECK    AND
 From: K NAJIMI.

Your alien card is extended 1 year - employment & travel authorized.  Processing
your form will require a minimum of 6 months.  If you have not heard from us within
8 months, then you may contact this office.

08CV2000  PH
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

You will be notified separately about other applications or petitions you filed. Please save this notice for your records.
Please enclose a copy of it if you have to write to us about this case, or if you file another application based on this decision.
If you have any questions concerning your case, please call or write to address listed below
U.S. CITIZENSHIP & IMMIGRATION SERVICES
NEBRASKA SERVICE CENTER
PO BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone:  (800) 375-5283

Please see additional information

Form



EXHIBIT
A-1



**PERMANENT RESIDENT CARD**

NAME NAJIMI KHALID

Sex M

01/29/74    CPG

Country of Birth
Morocco

CARD EXPIRES   04/23/05
Resident Since   04/23/05

C1USA078852005OLIN0221653236<<
740123 7M050423MAR<<<<<<<<<<1
NAJIMI<<KHALID<<<<<<<<<<<<<<<

**EXHIBIT**

**A-2**

U.S. Department of Homeland Security
West Polga Bouevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

Alien Reg. A78-852-005

September 20, 2005

Donald B. Kempster, Esq.    *19607*
Attorney at Law
332 W. Michigan Ave. #1428
Chicago, IL 60604                    Your Client: Khalid Najimi

Please come to the shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | USCIS<br>10 W. Jackson Blvd. 3rd Floor<br>Chicago, IL 60604 |
|---|---|
| DATE AND HOUR | **OCTOBER 12, 2005 AT 7:45 AM** |
| ASK FOR | Officer **PHILLIPS** |
| REASON FOR APPOINTMENT | **I-751 Interview**<br>Your spouse must accompany, if you filed together. |
| BRING WITH YOU | This notice, alien registration card, valid ID, your passport, supporting documents as proof of a bonafide marriage, 2 recent passport photos.  See attached interview Documentary Requirements. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

Form G-56
(Rev. 5-1-83) Y

**EXHIBIT**
tabbies
**A-3**

Janet ██████

**From:** ██████████ [████████@dhs.gov] on behalf of Chi-AttyResponse1 ██████
@dhs.gov]

**Sent:** Thursday, April 13, 2006 2:54 PM

**To:** Janet ██████

**Subject:** RE: Khalid NAJIMI A78 852 005

08CV2000   PH
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN



April 13, 2006

Re: A78 852 005 – Najimi, Khalid

Dear Janet ██████,

This is in response to your inquiry dated April 7, 2006. Our records indicate that your client's case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bonafides of the documented evidence you submitted in support of your application and/or petition for the immigration benefit you are seeking to obtain. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of rights to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render a final decision in a timely manner.

Sincerely,



F. Gerard Heinauer
Acting District Director

FGH: DEA
Thank you for contacting USCIS Customer Service

```
-----Original Message-----
From: Janet ██████ [mailto:██████.com]
Sent: Friday, April 07, 2006 10:01 AM
To: Chi-ATTYINQR
Subject: Khalid NAJIMI A78 852 005
```

EXHIBIT
B-1

4/13/2006

I am the legal assistant to Donald Kempster, the attorney of record in this case. Attached is form G-28.

Mr. Najimi had an I-751 interview with Officer Archangel on October 12, 2005. At that time the officer did not have Mr. Najimi's permanent file. The officer was going to order the file and said we would be advised by mail of a decision in this matter. To date, we have not received a decision.

Please advise our office of the status of this matter.

Janet ████
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Telephone:  312-341-9730, ████████
Fax:  312-341-0399
e-mail:  ██████@klc-ltd.com

www.klc-ltd.com

4/13/2006

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance**
**as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: NAJIMI, Khalid | Date          / / |
|---|---|
| I-751 application | File No.   A78 852 005 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name     Khalid          NAJIMI | ☐ Petitioner        ☐ Applicant |
|---|---|
| | ☒ Beneficiary |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 3 | 8729 W. Summerdale | Chicago | IL | 60656 |

| Name | ☐ Petitioner        ☐ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address   (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Illinois          Illinois Supreme Court          and am not under a court or administrative agency
                  Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

I-751

| SIGNATURE

_Donald B Kempster_ | COMPLETE ADDRESS
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Ave., Suite 1428
Chicago          IL    60604 |
|---|---|
| NAME (Type or Print)
Donald B. Kempster, Esq. | TELEPHONE NUMBER
312-341-9730      Fax: 312-341-0399 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.*
Kempster, Keller & Lenz-Calvo, Ltd.

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
NAJIMI, Khalid

| Name of Person Consenting
Khalid Najimi | Signature of Person Consenting | Date
03 _-09-_ 05 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

**Janet** ████

**From:** ████████ [████████@dhs.gov] on behalf of Chi-AttyResponse1 [████
████@dhs.gov]
**Sent:** Monday, July 31, 2006 4:03 PM
**To:** Janet ████
**Subject:** RE: Khalid NAJIMI A78 852 005

July 31, 2006

The Law Offices of
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Re: A78 852 005 – NAJIMI, Khalid

Dear Janet ████,

This is in response to your inquiry relating to your client, (Khalid Najimi). Our records indicate that (Khalid Najimi) case is under further review by the adjudicating officer. All evidence submitted by (Khalid Najimi) in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituent allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

Ruth A. Dorochoff
Acting District Director

RAD: DEA
Thank you for contacting USCIS Customer Service

- - - - -Original Message- - - - -

7/31/2006

EXHIBIT
B-2

From: Janet ████ [mailto:████@klc-ltd.com]
Sent: Friday, July 21, 2006 4:58 PM
To: Chi-ATTYINQR
Subject: Khalid NAJIMI A78 852 005


I am the legal assistant to Donald Kempster, the attorney of record in this
matter.  Attached is form G-28.

Mr. Najimi had an I-751 interview with Officer Archangel on October 12, 2005.  At
that time the officer did not have Mr. Najimi's permanent file.  The officer was
going to order the file and said we would receive a decision by mail.  To date we
have not received a decision.

Please advise our office of the current status of this matter.

Janet ████
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Telephone:  312-341-9730, ████
Fax:  312-341-0399
e-mail:  ████@klc-ltd.com

www.klc-ltd.com

7/31/2006

Janet ███

**From:**  ██████████ [██████████@dhs.gov] on behalf of Chi-AttyResponse1 [██
                  ██████@dhs.gov]
**Sent:**  Tuesday, January 16, 2007 10:32 AM
**To:**  Janet ███
**Subject:**  RE: Khalid NAJIMI  A78 852 005 - new address and status request

Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604
Attn: Janet ███

This is in response to your inquiry relating to your client,Khalid
Najimi (A78 852 005). Our records indicate that your client's case is
under further review.All evidence submitted by Khalid Najimi (a78 852
005) in support of the application and/or petition for the immigration
benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is
in the interest of upholding the United States immigration laws both in
terms of enforcement and rights to privacy, that information may not be
disclosed. It is difficult to predict with accuracy when this review
will be completed.  Every effort is being made to render an accurate and
final decision in a timely manner. We ask that your constituent allow at
least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

Ruth A. Dorochoff
District Director


-----Original Message-----
From: Janet ███ [mailto:█████@klc-ltd.com]
Sent: Thursday, October 12, 2006 9:58 AM
To: Chi-ATTYINQR
Subject: Khalid NAJIMI A78 852 005 - new address and status request


I am the legal assistant to Donald Kempster, the attorney of record in
this matter.  Attached is formG-28.

Mr. Najimi recently moved.  Please review your files and update his
address information as follows:
5210 N. Reserve Avenue, # 2E, Chicago, IL  60656

Please also provide us with updated status on this case.

Thank you.

Janet ███
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Telephone:  312-341-9730, █████
Fax:  312-341-0399

1

**EXHIBIT**

**B·3**

## Limjoco, Marie Ann

**From:**   Hardy, Gwendolyn [                              ] on behalf of CHI-Congressional1 [

**Sent:**   Wednesday, January 17, 2007 10:34 AM

**To:**     Limjoco, Marie Ann

**Subject:** A07 885 2005

The Honorable Jan Schakowsky
U.S. Representative
1420 Renaissance Drive, Suite 102
Park Ridge, Illinois 60068
Attn. Ann Limjoco

January 17, 2007
A78-852-005 Khalid Najimi

Dear Congresswoman Schakowsky:

This is in response to your inquiry on behalf of your constituent Khalid Najimi.  The U. S. Citizenship and Immigration Services (USCIS) records indicate that your constituent's case is under further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides of the documented evidence they submitted in support of their application and/or petition for the immigration benefit your constituent is seeking.  Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of right to privacy, may not be disclosed.  It is difficult to predict with accuracy when this review will be completed.

I hope this information is of assistance to you and please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

Ruth A. Dorochoff
District Director

**From:**
**Sent:** Wednesday, January 17, 2007 8:40 AM
**To:**
**Subject:** FW: A07 885 2005

-----Original Message-----
**From:** LimJoco, Marie Ann [mailto:Marie.Ann.Limjoco@mail.house.gov]
**Sent:** Tuesday, January 16, 2007 5:49 PM
**To:**

1/17/2007


EXHIBIT
B-4

**Janet** ▮▮▮▮

---

**From:** ▮▮▮▮▮ [▮▮▮▮@dhs.gov]
**Sent:** Thursday, October 25, 2007 8:29 AM
**To:** Janet ▮▮▮
**Subject:** RE: Khalid NAJIMI – A78 852 005

---

**From:** Janet ▮▮▮ [mailto:▮▮▮@klc-ltd.com]
**Sent:** Tuesday, September 04, 2007 11:16 AM
**To:** Pilot, Cao
**Subject:** Khalid NAJIMI -- A78 852 005

I am the legal assistant to Donald Kempster, the attorney of record in this matter.  Attached is form G-28.

Mr. Najimi had an I-751 interview with Office Archangel on October 12, 2005.  At that time Officer Archangel did not have Mr. Najimi's permanent file.  Officer Archangel was going to order the file and said we would receive a decision by mail  To date we have not received a decision in this matter.

We previously advised you or Mr.  Najimi's new address:  5210 N. Reserve Ave., #2-E, Chicago, IL  60656

Please confirm that your files are updated with this new address information.  Please review your files and advise our office of the current status of Mr. Najimi's case.

Thank you.

Janet ▮▮▮
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Telephone:  312-341-9730, ▮▮▮▮
Fax:  312-341-0399
e-mail:  ▮▮▮@klc-ltd.com

www.klc-ltd.com

**EXHIBIT B-5**

11/16/2007

**U.S. Department of Homeland Security**
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Dear Ms. ██████:

Thank you for your correspondence dated September 4, 2007 to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client, Khalid Najimi's case is under further review. All evidence submitted by him in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your constituent allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

Sandra B██████
Customer Assistance Office
U.S. Citizenship and Immigration Services

**CHI 1776 SB**

www.uscis.gov

**Janet** ████

| | |
|---|---|
| **From:** | ████████[████@dhs.gov] |
| **Sent:** | Tuesday, March 18, 2008 2:06 PM |
| **To:** | Janet ████ |
| **Subject:** | RE: Khalid NAJIMI - A78 852 005 |

---

**From:** Janet ████[mailto:████@klc-ltd.com]
**Sent:** Friday, February 08, 2008 11:23 AM
**To:** Pilot, Cao
**Subject:** Khalid NAJIMI - A78 852 005

I am the legal assistant to Donald Kempster, the attorney of record in this matter.  Attached is form G-28.

Mr. Najimi had an I-751 interview with Office Archangel on October 12, 2005.  At that time Officer Archangel did not have Mr. Najimi's permanent file.  Officer Archangel was going to order the file and said we would receive a decision by mail  To date we have not received a decision in this matter - please note that it has been more than 2 years since Mr. Najimi was interviewed.
We have previously advised you of Mr. Najimi's updated address: 5210 N. Reserve Ave., Apt. 2E, Chicago, IL  60656
Please review your files and advise our office of the current status of Mr. Najimi's case.
Thank you.

Janet ████
Legal Assistant
Kempster, Keller & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604

Telephone:  312-341-9730, ████
Fax:  312-341-0399
e-mail:  ████@klc-ltd.com

www.klc-ltd.com



**EXHIBIT**
**B-6**

3/18/2008



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Dear Ms. ███

Thank you for your correspondence dated February 8, 2008, to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

Our records indicate that your client, Khalid Najimi's case is under further review. All evidence submitted by him in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy that information may not be disclosed. It is difficult to predict when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner.

If you require additional assistance or filing instructions we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust this information is helpful.

Sincerely,

Sandra B███
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

**CHI 2261 SB**



U.S. Citizenship and Immigration Services

Home    Contact Us    Site Map    FAQ

Search    GO
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted March 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide —

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted March 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | September 17, 2007 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | October 14, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | September 17, 2007 |
| I-102 | Application for Replacement/Initial | Initial issuance or replacement of a Form I- | |

**EXHIBIT**

**C**

| | Nonimmigrant Arrival/Departure Record | 94 | 2007 |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 29, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | February 14, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | February 14, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | January 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | January 15, 2008 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | June 25, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | June 25, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | October 09, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | June 19, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | October 09, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | November 28, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 21, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | February 02, |

| | | | 2007 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | December 29, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | May 09, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | December 05, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | February 28, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | February 09, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 17, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 08, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | January 22, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | September 17, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | September 17, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | June 03, 2007 |
| | | Petition for accompanying family members | October 15, |

| I-730 | Refugee/Asylee Relative Petition | of a refugee or an asylee | 2006 |
|---|---|---|---|
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 05, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | February 05, 2008 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | December 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | February 05, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | December 29, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | September 08, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | February 20, 2007 |

Print This Page    Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security