## United States District Court for the Northern District of Illinois

Revised 03/11/2008

Case Number: 08cv2000     Assigned/Issued By: j. n.

Judge Name: KENDALL     Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other ____
             [ ] $455.00

Number of Service Copies _____     Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2679134

Date Payment Rec'd: 4-8-08     Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                          _____
    *(Type of Writ)*                     *(Type of issuance)*

5 Original and 0 copies on 4-9-08 as to U.S .ATTNY; ATTNY
                        *(Date)*
GENERAL; RUTH A. DOROCHOFF; MICHAEL CHERTOFF; ROBERT S. MUELLER, III