IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHALID NAJIMI,<br><br>             Plaintiff,<br><br>v.<br><br>RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>             Defendants. | CASE NO. 08 C 2000<br><br>Honorable Virginia M. Kendall |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff KHALID NAJIMI, by his undersigned attorney, Robert C. Milla of Kempster, Keller & Lenz-Calvo, Ltd., requests the Court to allow the voluntary dismissal of his Complaint for Mandamus. Plaintiff's Form I-751 Petition to Remove Conditions on Residence was approved on May 29, 2008, and the conditions on his permanent residence have now been removed. In support of this Notice, Plaintiff states:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of June 12, 2008, Plaintiff has not been served with an answer or a motion for summary judgment from Defendants.

2. The issue in dispute, Plaintiff's removal of conditions on permanent residence, has been resolved.

Respectfully submitted,

Dated: __June 12, 2008__    /s/Robert C. Milla
Robert C. Milla
KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Robert Milla, hereby certify that on June 12, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I electronically filed NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

USAILN.ECFAUSA@usdoj.gov

Sheila McNulty
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
Sheila.McNulty@usdoj.gov

/s/ Robert C. Milla
Robert C. Milla
KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff